IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 3:07-0178 |
| v. | ) | JUDGE HAYNES |
| | ) | |
| BRET E. SMITH AND B4 CATTLE COMPANY, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the 1st day of February, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge